IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| SHARRON R. KREMER,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. 3:07-CV-053-HA<br><br><br><br>~~PROPOSED~~ ORDER FOR ATTORNEY FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,929.00, and costs in the amount of $350.00 will be awarded to Plaintiff and shall be paid directly to Plaintiff's attorney, Richard McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No expenses will be awarded.

DATED this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant

Page 1    ORDER - [3:07-CV-053-HA]